**RAMBUS INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
**Appellee,**

and

**Nvidia Corporation, Intervenor.**

**No. 2010–1483.**

United States Court of Appeals, Federal Circuit.

Feb. 10, 2012.

Sidney A. Rosenzweig, Wayne W. Herrington, James M. Lyons, Paul M. Bartkowski, U.S. International Trade Commission, Washington, DC, for Appellee.

I. Neel Chatterjee, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, Ruffin

B. Cordell, Andrew R. Kopsidas, Peter J. Sawert, Fish & Richardson, P.C., Mark S. Davies, Orrick, Herrington & Sutcliffe LLP, Washington, DC, for Intervenor.

J. Michael Jakes, Doris Johnson Hines, Christine Lehman, Kathleen A. Daley, Naveen Modi, Finnegan, Henderson, Farabow, Washington, DC, Michael J. McCabe II, Finnegan, Henderson, Farabow, Atlanta, GA, for Appellant.

### ON MOTION

#### *ORDER*

Upon consideration of the parties' stipulation for dismissal with prejudice pursuant to Fed. R.App. P. 42(b),*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

* We note that the parties' request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.